# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00770-CV

**City of Austin and Stanley L. Knee, in his capacity as Chief of Police,
Austin Police Department, Appellants**

**v.**

**Austin Police Association, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. GN204128, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

City of Austin and Stanley L. Knee, in his capacity as Chief of Police of the Austin Police Department, have filed an unopposed motion to dismiss their appeal. Appellants assert that the issues raised in their appeal have been rendered moot by settlement of the underlying action in the district court. We grant the motion and dismiss their appeal.

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellants= Motion

Filed: June 26, 2003